## GILLISPIE v. STATE.
### No. 18292.

Court of Criminal Appeals of Texas.
April 22, 1936.

B. S. Cameron, of Linden, and J. R. Cornelius, of Jefferson, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for ninety-nine years.

The indictment appears regular. The record is before us without statement of facts or bills of exception. No error has been perceived or pointed out.

The judgment is affirmed.

## CANNON v. STATE.
### No. 18270.

Court of Criminal Appeals of Texas.
April 22, 1936.

G. C. Harris, of Greenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for robbery; punishment, five years in the penitentiary.

We find neither statement of facts nor bills of exception in the record. All matters of procedure are regular.

The judgment is affirmed.

## STANLEY v. STATE.
### No. 18234.

Court of Criminal Appeals of Texas.
April 22, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for driving an automobile while intoxicated on a public highway; punishment, twenty days in the county jail, and a fine of $25.

We find neither statement of facts nor bills of exception in the record. All matters of procedure are regular.

The judgment is affirmed.